**Order entered April 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01746-CV

## MEMKING RECYCLING GROUP LLC AND JOHN PATERSON, Appellants

## V.

## ABINGTON RELDAN METALS, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03755-E**

## ORDER

On the Court's own motion, we **ORDER** Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, to file, **on or before APRIL 18, 2014**, the reporter's record from the hearing held on September 10, 2013.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Vikki Ogden and all counsel of record.

/s/     DAVID LEWIS
JUSTICE